| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |  | |
|---|---|---|---|
| RICHARD JAMES JOHNSON, | § | | |
| | § | | |
| Plaintiff, | § | | |
| | § | | |
| *versus* | § | CIVIL ACTION NO. 9:25-CV-169 | |
| | § | | |
| ANGELINA CO. DIST. CLERK, | § | | |
| | § | | |
| Defendant. | § | | |

## MEMORANDUM OPINION AND ORDER

The court previously entered a Final Judgment dismissing this matter pursuant to 28 U.S.C. § 1915(g). The plaintiff subsequently filed a notice of appeal and a motion seeking leave to proceed *in forma pauperis* on appeal.

Under 28 U.S.C. § 1915(g), prisoners are prohibited from proceeding *in forma pauperis*, either at the district court level or on appeal, if at least three of their prior lawsuits or appeals have been dismissed as frivolous or malicious, or for failing to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury.

Prior to the date on which the plaintiff filed his notice of appeal, courts had dismissed three lawsuits filed by plaintiff as frivolous.[1] The plaintiff has not demonstrated he was in "imminent danger of serious physical injury" on the date he filed his notice of appeal. Accordingly, Section 1915(g) bars the plaintiff from proceeding with his appeal on an *in forma pauperis* basis. His motion must therefore be denied.

---

[1] *Johnson v. Parks,* No. 5:03cv24 (N.D. Tex. 2004) *(dismissed as frivolous)*; *Johnson v. Casanta*, No. 2:95cv169 (N.D. Tex. 1998) (dismissed as frivolous); *Johnson v. Bering*, No. 6:95cv472 (E.D. Tex. 1996 (dismissed as frivolous).

**ORDER**

For the reasons set forth above, the plaintiff's motion to proceed *in forma pauperis* on appeal (#7) is **DENIED**.

SIGNED at Beaumont, Texas, this 20th day of August, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE